# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152807(46)

CHIROPRACTIC REHABILITATION GROUP,
PC,

      Plaintiff-Appellee,

      SC: 152807
      COA: 320288

v

      Oakland CC:  2013-009983-AV

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant-Appellant.

_____/

     On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply will be accepted for filing if submitted on or before March 3, 2016.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2016

